UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL HERNANDEZ LUNA,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY<br>CORRECTIONAL CENTER,<br><br>Defendant. | No. 2:26-cv-00596-DC-CSK (HC)<br><br>ORDER DISMISSING CASE AS<br>DUPLICATIVE<br><br>(Doc. Nos. 2, 6, 7) |

On February 26, 2026, Petitioner filed a petition for a writ of habeas corpus brought under 28 U.S.C. § 2241, challenging his ongoing immigration detention. (Doc. No. 1.) However, on March 2, 2026, Petitioner filed a motion to consolidate this case with another case pending in this district that Petitioner filed on February 9, 2026, *Luna v. Chestnut, et al.*, 1:26-cv-01109-KES-HBK, because he intended to file an amended petition in that case, not to open a new habeas case. (Doc. No. 7.) Petitioner states in that motion that he "did not intend to maintain two separate actions and respectfully requests that judicial economy be preserved by consolidating the matters." (*Id.* at 1–2.) Notably, Petitioner's amended petition was also docketed in the earlier-filed action on March 2, 2026, and the court granted that petition and ordered Petitioner's immediate release on March 3, 2026. *Luna v. Chestnut, et al.*, 1:26-cv-01109-KES-HBK, Doc. No. 9, 13. Thus, consolidation of these actions is not necessary. Indeed, the court denied Petitioner's motion to consolidate filed in that case as having been rendered moot. Therefore, this

1

court will dismiss this action because it is duplicative of Petitioner's earlier-filed action, in which judgment has already been entered in his favor.

Accordingly,

1.    This action is dismissed because it is duplicative of *Luna v. Chestnut, et al.*, 1:26-cv-01109-KES-HBK;

2.    Petitioner's motion for a temporary restraining order (Doc. No. 2) and motion to consolidate cases (Doc. No. 7) are denied as having been rendered moot;

3.    Respondent's motion to dismiss (Doc. No. 6) is denied as having been rendered moot; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 6, 2026**    _____

Dena Coggins
United States District Judge

2